**Kari L. COOK, Appellant,**

v.

**Nancy WOZNIAK and Patrick Wozniak, Appellees.**

No. 46S03–8710–CV–958.

Supreme Court of Indiana.

Oct. 16, 1987.

## ORDER

GRANTING PETITION TO TRANSFER

SHEPARD, Chief Justice.

The Court now grants appellees' Petition to Transfer. The decision of the Court of Appeals reported at 500 N.E.2d 231 is adopted and affirmed. Appellate Rule 11(B)(3), Indiana Rules of Procedure.

The Clerk of this Court is hereby ordered to forward a copy of this Order to all

parties of record and to West Publishing for publication in North Eastern Reporter.